IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:13CR534 |
|---|---|---|
| Plaintiff, | ) ) ) | JUDGE DAN AARON POLSTER |
| v. | ) ) | |
| DEONTE TATE, | ) ) | <u>PROTECTIVE ORDER REGARDING</u> <u>DISCOVERY MATERIALS PROVIDED</u> |
| Defendant. | ) | <u>BY THE GOVERNMENT</u> |

In recognition of the need to protect sensitive information disclosed in the course of discovery in the above captioned matter, the parties will abide by the following conditions:

1. The information provided in discovery may only be used to represent the individual client in the above-captioned matter. They may not be provided to, shared with, or shown to anyone for any other purpose.

2. The protective order applies to any investigator(s) and/or other attorney(s) employed by the defense team. Counsel for the defendant accepts responsibility for ensuring that everyone on his or her defense team will abide by all terms of this Protective Order.

3. Violation of any provision in this Protective Order may be punished as Contempt of Court.

4. Any modifications to this agreement must be made in writing by motion to the Court.

It is SO ORDERED.

 /s/Dan Aaron Polster
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE

 3/27/14
DATE