IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:13CR534 |
|---|---|---|
| Plaintiff, | ) ) | JUDGE DAN AARON POLSTER |
| v. | ) ) ) | |
| DEONTE TATE, | ) ) | GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT |
| Defendant. | ) | PREJUDICE |

Now comes the United States of America, through its counsel, Steven M. Dettelbach, United States Attorney, and Miranda E. Dugi and Kelly J. Galvin, Assistant United States Attorneys, and respectfully moves this Court for an order to dismiss this matter without prejudice. A copy of the Order of Dismissal is attached hereto.

    Respectfully submitted,

    STEVEN M. DETTELBACH
    United States Attorney

By:   /s/ Miranda E. Dugi
    Miranda E. Dugi (NY: 5140546)
    Assistant United States Attorney
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3844
    (216) 522-3370 (facsimile)
    Miranda.Dugi@usdoj.gov

    /s/ Kelly L. Galvin
    Kelly L. Galvin (OH: 0062585)
    Assistant United States Attorney
    United States Court House
    801 West Superior Avenue, Suite 400

Cleveland, OH 44113  
(216) 622-3731  
(216) 522-8355 (facsimile)  
Kelly.L.Galvin@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Miranda E. Dugi
Miranda E. Dugi
Assistant U.S. Attorney