Form OBD-113
(Rev. 11-13)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) CASE NO.: 1:13CR534 |
|---|---|
| v. | ) |
| DEONTE TATE | ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Northern District of Ohio hereby dismisses the Indictment against Deonte Tate, defendant.

Steven M. Dettelbach
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

/s/Dan Aaron Polster
Dan Aaron Polster
United States District Judge

Date: 4/1/14